UNITED STATES DISTRICT COURT    **C/M**
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
             :
VICKY WARE BEY,            :      **MEMORANDUM**
          Plaintiff,   :      **DECISION AND ORDER**
             :
     - against -        :      17-cv-3476 (BMC)(JO)
             :
JOSEPH PONTE; AARON SCARLETT;   :
NEW YORK CITY DEPARTMENT OF   :
CORRECTIONS; CITY OF NEW YORK;   :
CYNTHIA BRANN; JOHN DOE 1-1000; and  :
JANE DOE 1-1000,         :
             :
         Defendants.   :
-------------------------------------------------------- X

By Memorandum Decision and Order dated September 13, 2017, I granted defendants'
motion to dismiss, denied the remaining open motions as moot, and directed the Clerk of Court
to terminate the unserved defendants and enter judgment in favor of those who had been served.
Judgment was entered and the unserved defendants were dismissed on September 15, 2017.  On
September 20, 2017, plaintiff filed a motion requesting a settlement conference, to compel
discovery, and for summary judgement.  Plaintiff's motion is denied as moot as the case has
already been closed and judgment entered.

The Court certifies pursuant to 28 U.S.C. § 19l5(a)(3) that any appeal would not be taken
in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal.  See
Coppedge v. United States, 369 U.S. 438 (1962).

**SO ORDERED.**

                            _____
                                 U.S.D.J.

Dated: Brooklyn, New York
       September 24, 2017